SWARTWOUT *against* PAYNE.

*Hale*, for the plaintiff, moved to change the *venue* in this cause.

*Goodenow*, contra, objected, that the plaintiff could not move to change his venue, but should move to *amend* his declaration.

*The plaintiff cannot directly move to change his venue; but he may move to amend his declaration for that purpose.*

*Per Curiam.* That is the *English* practice ; (*Tidd*, 545. 2 *Str.* 1162. ;) and it has been so decided by this Court. The plaintiff, if he wishes to alter his venue, must give notice of a motion to *amend* the declaration, for that purpose. The notice is not sufficient, and the motion must be denied.

Motion denied.